# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-24V
(not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
TERESA VOORS *as next friend of* W.V., *a minor,*  *   September 28, 2017
                                                  *
                                                  *   Joint Stipulation of Dismissal;
            Petitioner,                           *   Rule 21(a); No Judgment; Order
                                                  *   Concluding Proceedings
     v.                                           *
                                                  *
SECRETARY OF HEALTH AND                           *
HUMAN SERVICES,                                   *
                                                  *
            Respondent.                           *
                                                  *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS

On September 28, 2017, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Special Master